UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>  Plaintiff,<br><br> v.<br><br>PICAZO, et al.,<br><br>  Defendants. | Case No. 15-cv-03337-YGR  (NJV)<br><br>**REPORT OF PRO SE PRISONER**<br>**EARLY SETTLEMENT PROCEEDING** |

  A settlement conference was held on May 31, 2017, and the results of that proceeding are indicated below:

  (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Aaron Stribling, Pro Se.

   (  ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Allison Low.

   (  ) Other:

  (2) The following individuals, parties, and/or representatives did not appear:

  _____

  (3) The outcome of the proceeding was:

   (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

   (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/31/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>PICAZO, et al.,<br><br>    Defendants. | Case No. 15-cv-03337-YGR (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Lamont Stribling ID: G-40745
C.S.P. Sac - New Folsom
P.O. Box 290066
Represa, CA 95671

Dated: June 1, 2017

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: *[signature]*
                                            Gloria Knudson, Deputy Clerk to the
                                            Honorable NANDOR J. VADAS