Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER S. PICAZO, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03337-YGR (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

　　　　The parties' attempts to settle this matter have not been successful. Dkt. 43. Therefore, this matter will be set for trial.

　　　　Having determined that it would be beneficial to have counsel assist Plaintiff in this matter, and good and just cause appearing, the Court hereby REFERS the action to the Federal Pro Bono Project to secure pro bono counsel to represent Plaintiff in this action, in the manner set forth below:

　　　　(1)　　The Clerk of the Court shall forward to the Federal Pro Bono Project copies of: (a) this Order; (b) the docket sheet; and (c) the operative complaint (Dkt. 1), the relevant Court Orders (Dkts. 4, 37), as well as the Report of Pro Se Prisoner Early Settlement Proceeding by Magistrate Judge Nandor Vadas (Dkt. 44).

　　　　(2)　　Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further Order of the Court.

　　　　(3)　　The instant action is temporarily STAYED and administratively closed until the Court is informed by the Federal Pro Bono Project that counsel has been secured and appointed by the Court. Upon the appointment of counsel, the action will be reopened and a Case Management Conference will be scheduled.

　　　　IT IS SO ORDERED.

Dated: June 2, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　United States District Judge