UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER S. PICAZO, et al.,<br><br>    Defendants. | Case No. 15-cv-03337-YGR (PR)<br><br>**ORDER APPOINTING COUNSEL; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1) **David Blake Newdorf, Esq. (SBN 172960) and Ryan P. Murphy, Esq. (SBN 289427) of Newdorf Legal, as well as Taeva Cantor Shefler, Esq. (SBN 291637)** are appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for:

    X    <u>all purposes</u> for the duration of the case
    ☐    the <u>limited purpose</u> of representing the litigant in the course of
           ☐    mediation
           ☐    early neutral evaluation
           ☐    settlement conference
           ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
           _____
           ☐    discovery as follows:
           _____
           ☐    other:
           _____

(2) The Clerk of the Court shall REOPEN this action, which had previously been administratively closed pending appointment of counsel.

(3) All further proceedings will be stayed for **four (4) weeks** from the date of this

Order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

(4) Following the four-week stay, the parties shall appear for a Case Management Conference on **Monday, October 2, 2017, at 2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1, 4th Floor.

(5) At least **seven (7) calendar days** prior to the Case Management Conference, the parties shall file a joint case management conference statement. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." *See* http://www.cand.uscourts.gov/ygrorders. As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so may be considered grounds for sanctions.

(6) The Clerk shall send a copy of this Order to Mr. Newdorf and Mr. Murphy at **Newdorf Legal, 630 Thomas L. Berkley Way, Ste. 103, Oakland, CA 94612** (email address: rye@newdorf.com) and to Ms. Shefler at **P.O. Box 40567, San Francisco, CA 94140** (email address: tshefler@pcsf.com). The Clerk shall also send a copy of this Order to Plaintiff and Defendants' counsel.

IT IS SO ORDERED.

Dated: July 10, 2017

YVONNE GONZALEZ ROGERS
United States District Judge