1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

6 **AARON LAMONT STRIBLING,**      CASE NO. 15-cv-03337-YGR

7        Plaintiff**,**      **ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A SECOND MOTION**

8      vs.      **FOR SUMMARY JUDGMENT AND FOR FURTHER DEPOSITION OF PLAINTIFF RE:**

9 **PICAZO, ET AL.,**      **EXHAUSTION**

10        Defendants**.**      Re: Dkt. No. 57

11

12      Defendants Aragon, Franco, Picazo, Poodry, and Valles have moved for leave to file a

13 second motion for summary judgment and leave for a second deposition of plaintiff regarding his

14 purported failure to exhaust his administrative remedies. (Dkt. No. 57 ("Motion for Leave").)

15 Based on the present record, the papers submitted, and oral arguments held on January 8, 2018,

16 the Court hereby **DENIES** defendants' Motion for Leave.

17      This Order terminates Docket No. 57.

18      **IT IS SO ORDERED.**

19

20 Dated: January 8, 2018      _____

21                  **YVONNE GONZALEZ ROGERS**
                 **UNITED STATES DISTRICT COURT JUDGE**

22

23

24

25

26

27

28