# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON LAMONT STRIBLING,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**PICAZO, ET AL.,**<br><br>Defendants**.** | CASE NO. 15-cv-03337-YGR<br><br>**ORDER GRANTING MOTION FOR A DEFENSE MENTAL HEALTH EXAMINATION OF PLAINTIFF**<br><br>Re: Dkt. Nos. 66, 67 |

Defendants Aragon, Franco, Picazo, Poodry, and Valles have moved for a defense mental health examination of plaintiff pursuant to Federal Rule of Civil Procedure 35. (Dkt. No. 66 ("Motion").). Based on the present record and oral arguments held on January 8, 2018, the Court hereby **GRANTS** defendants' Motion. The parties are **ORDERED** to meet and confer regarding a mutually agreeable date, which can extend beyond the non-expert discovery cutoff date of January 15, 2018.

This Order terminates Docket Nos. 66 & 67.

**IT IS SO ORDERED.**

Dated: January 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**