UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AARON LAMONT STRIBLING, | No. 4:15-CV-03337 YGR (RMI) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| BROWN, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of AARON LAMONT STRIBLING, CDCR No. G40745, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 18, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of AARON LAMONT STRIBLING, CDCR No. G40745, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 10:00 a.m. on February 23, 2018, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of Stribling v. Brown, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 18, 2018

                                      SUSAN Y. SONG
                                      CLERK, UNITED STATES DISTRICT COURT

                                      By: Linn Van Meter
                                           Administrative Law Clerk

Dated: January 18, 2018
                                      ROBERT M. ILLMAN
                                      United States Magistrate Judge