1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  CAITLIN C. ROSS
   Deputy Attorney General
4  State Bar No. 271651
   ALLISON M. LOW
5  Deputy Attorney General
   State Bar No. 273202
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 510-3589
     Facsimile: (415) 703-5843
8    E-mail: Allison.Low@doj.ca.gov
   *Attorneys for Defendants*
9  *Aragon, Franco, Picazo, Poodry, Valles*

GRANTED

Judge Yvonne Gonzalez Rogers

2/27/2018

10          IN THE UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13

14 | **AARON LAMONT STRIBLING,** | Case No. 4:15-cv-03337 YGR (PR)

15 | | **STIPULATION FOR VOLUNTARY**
   | Plaintiff, | **DISMISSAL WITH PREJUDICE**
16 | | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

17 | v.

18 | **BROWN, et al.,**

19 | Defendants.

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28

                           1

Plaintiff Aaron Lamont Stribling (CDCR No. G-40745) and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: February 23, 2018

NEWDORF LEGAL

DAVID B. NEWDORF
KYLE P. MURPHY
TAEVA C. SHEFLER
*Attorneys for Plaintiff*

Dated: February 23, 2018

XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
CAITLIN C. ROSS
Deputy Attorney General

ALLISON M. LOW
Deputy Attorney General
*Attorneys for Defendants*

SF2016200077
21076070.doc

2